UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TEMPLE,　　　　　　　　　　　　No. 08 CV 2382 JCW

　　　　Plaintiff,　　　　　　　　　　　　ORDER

　　vs.

LEONARD NOTY, et al.,

　　　　Defendants.
_____/

　　　　Temple, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　With respect to the in forma pauperis request, Temple appears to have used the incorrect application form. Critically, the form used does not include a certification authorizing the agency having custody over him to collect from his trust account and forward to the Clerk of Court payments in accordance with 18 U.S.C. § 1915(b)(2). Accordingly, Temple's request to proceed in forma pauperis will be denied. Temple will be given another opportunity to file a proper in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED, that:

1) Temple's request to proceed in forma pauperis is DENIED without prejudice.

2) The Clerk of Court shall send Temple the correct Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

3) Within twenty-eight days of the date of this order, Temple shall submit a properly completed in forma pauperis application that includes the certification described above, and any other required documents. Temple is cautioned that failure to comply with this order or to seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: April __, 2009

J. Clifford Wallace
United States Circuit Judge