UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TEMPLE,                                No. 08 CV 2382 JCW

    Plaintiff,                                <u>ORDER</u>

  vs.

LEONARD NOTY, et al.,

    Defendants.

/

    Pursuant to and order filed April 3, 2009, plaintiff was ordered to file a correct in forma pauperis affidavit within twenty-eight days, and was cautioned that failure to do so may result in dismissal of his action. The twenty-eight day period has now expired, and plaintiff has not responded to the court's order and has not filed the requested in forma pauperis affidavit.

    Although the court's April 3, 2009 order was returned by the postal service as

1

undeliverable, it was served on plaintiff's address of record, and it is plaintiff's responsibility to inform the court of any address change. Local Rule 83-182(f). Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

DATED: May 27, 2009

/s/ J. Clifford Wallace
J. Clifford Wallace
United States Circuit Judge